UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DANIEL A. BRNA, RAMON FERNANDEZ
and JAMES E. SCOTT, on behalf of
themselves and all others similarly situated,                    Case No.: 17-60144-CIV- MORENO

        Plaintiffs,

v.

ISLE OF CAPRI CASINOS, INC. and
INTERBLOCK USA, LLC,

        Defendants.
_____/

**PLAINTIFFS' UNOPPOSED SUPPLEMENTAL MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT
AND FOR CERTIFICATION OF THE SETTLEMENT CLASS**

    Plaintiffs and their counsel, without opposition, hereby file this supplemental motion for preliminary approval of a class action settlement.  Plaintiffs previously filed an *Unopposed Motion and Incorporated Memorandum for Preliminary Approval of Class Action Settlement and for Certification of the Settlement Class* [D.E. 68], which the Court denied for the reasons stated in open court on October 24, 2017 [D.E. 71].  As directed by the Court, the parties have rectified the issues raised by the Court at the Oct. 24th hearing and, as invited by the Court, have prepared this supplemental motion to renew the request for preliminary Court approval of the settlement.  Specifically, the parties have made the following changes:

    **1. Supplemental Agreement:**  At the hearing, the Court expressed its concern about a supplemental agreement that would have permitted Defendants to terminate the settlement if the number of class members who opted out exceeded a certain threshold.  The Court advised the parties that they could either file the supplemental agreement in the public record and brief why it should be approved or eliminate it.  In response to the Court's concern, the parties have decided to eliminate the supplemental agreement and, as a result, it is no longer in effect.  This is reflected in

1

an addendum to the Settlement Agreement, which is attached as <u>Exhibit A</u>. A copy of the Settlement Agreement itself was previously filed along with the initial motion for preliminary approval. [D.E. 68, Exh. A].

**2. Settlement Notice:** At the hearing the Court expressed a concern that the notice to be e-mailed or mailed to potential class members did not explain until the third page what benefits class members could obtain by submitting a claim form. In response to this concern, the parties have revised the settlement notice to state on the first page, which is a summary page, that eligible class members will receive settlement checks of $15 or $30 if they submit approved claim forms. The revised settlement notice is attached as <u>Exhibit B</u>. The claim form is attached as <u>Exhibit C</u>.

**3. Settlement Dates:** At the hearing, the Court asked the parties to try to simplify the settlement schedule by consolidating some of the deadlines. In response, the parties have revised the proposed schedule as follows:

| | |
|---|---|
| Nov. 27, 2017: | Deadline for class administrator to email the settlement notice. |
| Dec. 4, 2017: | Deadline for class administrator to mail the settlement notice to persons without valid email addresses. |
| Jan. 19, 2018: | Deadline for class members to do one of the following: submit a claim form, submit an opt-out notice, file a written objection, or file a notice of intent to appear at the final hearing to object. |
| Jan. 26, 2018: | Deadline for Plaintiffs to file motion for final approval. |
| Feb. 13, 2018 @ 2:30 p.m.: | Final hearing.[1] |

The foregoing schedule assumes the Court will grant preliminary approval soon after this Supplemental Motion is filed consistent with the Court's indication at the October 24th hearing. If there is a delay, it may be necessary to revise the schedule. The foregoing schedule is incorporated

---

[1] At the Oct. 24th hearing, the Court scheduled the final hearing for February 13, 2018 at 2:30 p.m. and advised the parties that the Court would keep the final hearing on its calendar even though it would be issuing an order denying the initial motion for preliminary approval.

into the proposed Order granting preliminary approval, which is attached as <u>Exhibit D</u>.

## CONCLUSION

Plaintiffs believe the parties have addressed all of the concerns raised by the Court at the Oct. 24th hearing and, therefore, Plaintiffs are asking for the Court to preliminarily approve the settlement based for the foregoing reasons, as well as for the reasons stated in Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Certification of the Settlement Class [D.E. 68.]. This motion is unopposed.

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished electronically this 13th day of November, 2017 to the counsel on the attached service list.

>   **Kelley Uustal, PLC**
>   500 North Federal Highway, Suite 200
>   Fort Lauderdale, Florida 33301
>   Telephone: (954) 522-6601
>   Facsimile: (954) 522-6608
>   By: /s/ *Cristina M. Pierson*_____
>   Cristina M. Pierson, Esq. (FBN 984345)
>   cmp@kulaw.com

and

>   **Daren Stabinski P.A.**
>   700 SW 78th Ave., #916
>   Plantation, FL 33324
>   Telephone (954) 540-9517
>   By: /s/ *Daren Stabinski*_____
>   Daren Stabinski, Esq. (FBN 2951)
>   daren@tenderbox.tv

## SERVICE LIST

**BECKER & POLIAKOFF, P.A.**
*Attorneys for Defendant Isle of Capri, Inc.*
1 East Broward Blvd., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 985-4133
Facsimile: (954) 985-4176
Gary C. Rosen, Esq. (FBN 310107)
grosen@bplegal.com
Daniel L. Wallach, Esq. (FBN 540277)
dwallach@bplegal.com

**HOLLAND & KNIGHT LLP**
*Attorneys for Interblock USA L.L.C. and Isle of Capri Inc, n/k/a Isle of Capri LLC.*
701 Brickell Avenue, Suite 3300
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
Stephen Warren, Esq. (FBN 788171)
Email: stephen.warren@hklaw.com
Allison Kernisky, Esq. (FBN 41160)
Email: allison.kernisky@hklaw.com